UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL NO. 10-14012-F

INVERSIONES MAR OCTAVA
LIMITAD, et al.,

    Appellants,

vs.

BANCO SANTANDER S.A, et al.

    Appellees.

_____/

## APPELLANTS' MOTION FOR EXTENSION OF TIME

Plaintiffs-Appellants respectfully move this Court, pursuant to 11th Cir. R. 31-2, for a 30-day extension of time to file its Initial Brief, to and including November 17, 2010, and state as follows:

1.    Under the current briefing schedule, Plaintiffs-Appellants' Initial Brief is due on Monday, October 18, 2010.

2.    Plaintiffs-appellants respectfully request a 30-day extension of time to file its Initial Brief. Counsel for Defendants-Appellees have indicated that there is no opposition to this requested extension.

3.    As good cause for the requested extension, the undersigned Plaintiffs-Appellants' co-lead counsel in this case has had to devote significant time to other pressing issues, including:

(a) a second amended complaint in an ERISA class action pending in the Southern District of New York, which was filed on September 21, 2010;

(b) an opposition brief to a motion to dismiss in a consumer protection MDL class action pending in the Northern District of Illinois, which was filed on September 28, 2010;

(c) a mediation in a consumer protection MDL class action pending in the District of New Jersey, which took place on September 29, 2010;

(d) an amended complaint in an ERISA class action pending in the Eastern District of Michigan, which was filed on September 30, 2010;

(e) an amended complaint in a securities fraud class action pending in the Southern District of Ohio, which was filed on October 1, 2010;

(f) a brief in support of a settlement of a securities fraud class action pending in the Central District of California, which is due to be filed on October 4, 2010;

(g) an opposition brief to a motion to dismiss in a consumer protection MDL class action pending in the Northern District of Illinois, which is due to be filed on October 6, 2010;

(h) a hearing on a motion for appointment of lead plaintiff in a securities fraud class action pending in the Middle District of Louisiana, which is scheduled for October 7, 2010;

(i) an Amended Complaint in a securities fraud class action pending in the Northern District of Georgia, which is due to be filed on October 8, 2010;

(j) an Amended Complaint in a securities fraud class action pending in the Southern District of New York, which is due to be filed on October 8, 2010;

(k) an Amended Complaint in a securities fraud class action pending in the Northern District of Georgia, which is due to be filed on October 11, 2010; and

(l) an opposition to a motion to dismiss in a securities fraud class action pending in the Northern District of Georgia, which is due to be filed on October 11, 2010.

4. The time needed by Plaintiffs-Appellants' counsel to prepare these various federal court filings has curtailed the time needed to research and prepare the Initial Brief in this matter, which raises complex issues of personal jurisdiction, forum *non conveniens* and other related issues.

5. Accordingly, for good cause shown, Plaintiff-Appellees request a 30-day extension to file and serve its Initial Brief in this action, up to and including November 17, 2010. No other extension of time has been previously requested or granted, and no further extensions are contemplated.

Dated: October 4, 2010   **ROBBINS GELLER RUDMAN
                                  & DOWD LLP**
                                  JACK REISE
                                  Florida Bar No. 058149

                                  JACK REISE

                                  120 E. Palmetto Park Road, Suite 500
                                  Boca Raton, FL  33432-4809
                                  Telephone:  561/750-3000
                                  561/750-3364 (fax)
                                  jreise@rgrdlaw.com

                                  *Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2010, a true and correct copy of the foregoing was sent via U.S. Mail to the following:

Joel H. Bernstein
Javier Bleichmar
**Labaton Sucharow LLP**
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
jbernstein@labaton.com
jbleichmar@labaton.com

*Counsel for Plaintiffs-Appellants*

Thomas G. Rafferty
Antony L. Ryan
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
trafferty@cravath.com
aryan@cravath.com

*Counsel for Defendant-Appellee PricewaterhouseCoopers Ireland*

Gustavo J. Membiela
Samuel A. Danon
**Hunton & Williams**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
gmembiela@hunton.com
sdanon@hunton.com

*Counsel for Defendants-Appellees Banco Santander S.A., Banco Santander International, Optimal Investment Services S.A., Manuel Falla, Anthony Inder Rieden, and Brian Wilkinson*

Evan A. Davis
Joaquin P. Terceno
**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006-1470
Telephone: 212-225-2000
edavis@cgsh.com
jterceno@cgsh.com

*Counsel for Defendants-Appellees HSBC Securities Services (Ireland) Ltd. and HSBC Institutional Trust Services (Ireland) Ltd.*

Howard M. Shapiro
**Wilmer Cutler Pickering Hale & Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363
howard.shapiro@wilmerhale.com

*Counsel for Defendant-Appellee PricewaterhouseCoopers International, Ltd.*

Michael P. Carroll
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4000
Facsimile: 212-701-5800
michael.carroll@davispolk.com

*Counsel for Defendant-Appellee PricewaterhouseCoopers LLP*

Sanford M. Litvack
Dennis H. Tracey, III
Lisa J. Fried
**Hogan Lovells US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
slitvack@hoganlovells.com

*Attorneys for Defendant-Appellee PricewaterhouseCoopers Bermuda*

                                                Jack Reise